1 | GLANCY BINKOW & GOLDBERG LLP
2 | Lionel Z. Glancy (#134180)
  | Mark S. Greenstone (#199606)
3 | 1925 Century Park East, Suite 2100
  | Los Angeles, California 90067
4 | Telephone: (310) 201-9150
  | Facsimile:  (310) 201-9160
5 | E-mail: info@glancylaw.com

6 | *Attorneys for Plaintiffs*

7 | LEWIS BRISBOIS BISGAARD & SMITH LLP
8 | Eric Y. Kizirian (#210584)
  | E-mail: eric.kizirian@lewisbrisbois.com
9 | Michael K. Grimaldi (#280939)
  | E-mail: michael.grimaldi@lewisbrisbois.com
10| Kimberly T. Chung (#294058)
11| E-mail: kimberly.chung@lewisbrisbois.com
  | 221 North Figueroa Street, Suite 1200
12| Los Angeles, California 90012
13| Telephone: (213) 250-1800
  | Facsimile:  (213) 250-7900
14|
15| *Attorneys for Defendant Hyundai Motor America*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA RENIGER, GREG BATTAGLIA and OREN JAFFE, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:14-cv-03612-SC |
| | Hon. Samuel Conti |
| Plaintiffs, | **JOINT STIPULATION SETTING DATE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR RESPONSE THERETO** |
| v. | |
| HYUNDAI MOTOR AMERICA, a California corporation, and HYUNDAI MOTOR COMPANY, a foreign corporation, | |
| Defendants. | |

The parties to the above-entitled action, plaintiffs Julia Reniger, Greg Battaglia and Oren Jaffe on the one hand ("Plaintiffs"), and defendant Hyundai Motor America ("Defendant") on the other hand, hereby submit this Joint Stipulation Setting Date for Plaintiffs to File Second Amended Complaint and Briefing Schedule for Response Thereto.

WHEREAS the initial Complaint in this matter was filed on August 7, 2014;

WHEREAS Defendant Hyundai Motor America filed a Motion to Dismiss and a Motion to Strike on October 6, 2014;

WHEREAS Plaintiffs filed a First Amended Complaint on October 27, 2014; and,

WHEREAS Plaintiffs wish to file a Second Amended Complaint.

IT IS HEREBY STIPULATED AND AGREED THAT:

1. Plaintiffs shall have to and including November 24, 2014 to file a Second Amended Complaint;

2. Defendants shall have to and including January 26, 2015 to respond to the Second Amended Complaint; and,

3. If Defendants file papers in response to the Second Amended Complaint other than an answer to which a response is required:

   a. Plaintiffs' opposition shall be due on March 6, 2015;

   b. Defendants' reply shall be due on March 27, 2015; and,

   c. The hearing shall be heard on April 3, 2015 or as soon as possible thereafter.

| | | |
|---|---|---|
| 1 | Dated: November 10, 2014 | GLANCY BINKOW & GOLDBERG LLP |

By: *s/ Mark S. Greenstone*
Lionel Z. Glancy
Mark S. Greenstone
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs*

Dated: November 10, 2014          LEWIS BRISBOIS BISGAARD &SMITH LLP



By: *s/ Eric Y. Kizirian*
Eric Y. Kizirian (#210584)
E-mail: eric.kizirian@lewisbrisbois.com
Michael K. Grimaldi (#280939)
E-mail: michael.grimaldi@lewisbrisbois.com
Kimberly T. Chung (#294058)
E-mail: kimberly.chung@lewisbrisbois.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*Attorneys for Defendant Hyundai Motor America*

### General Order 45, Section X Certification

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).