1   GLANCY PRONGAY & MURRAY LLP
    Lionel Z. Glancy (#134180)
2   Mark S. Greenstone (#199606)
    1925 Century Park East, Suite 2100
3   Los Angeles, California 90067
    Telephone: (310) 201-9150
4   Facsimile:  (310) 201-9160
    E-mail: info@glancylaw.com
5

6   *Attorneys for Plaintiffs*

7   LEWIS BRISBOIS BISGAARD & SMITH LLP
    Eric Y. Kizirian (#210584)
8   E-mail: eric.kizirian@lewisbrisbois.com
    Michael K. Grimaldi (#280939)
9   E-mail: michael.grimaldi@lewisbrisbois.com
    633 W. 5th Street, Suite 4000
10  Los Angeles, California 90071
    Telephone: (213) 250-1800
11  Facsimile:  (213) 250-7900
12

13  *Attorneys for Defendant Hyundai Motor America and Hyundai Motor Company*

14

15              UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA

17

18  JULIA RENIGER, GREG BATTAGLIA,        Case No.  3:14-cv-03612-SC
    OREN JAFFE, LUCIA SAITTA and ANN
19  MANCUSO, Individually and On Behalf   Hon. Samuel Conti
    of All Others Similarly Situated,
20                                        **JOINT STIPULATION AND**
                                          **[PROPOSED] ORDER TO CONTINUE**
21              Plaintiffs,               **CASE MANAGEMENT CONFERENCE**

22              v.

23  HYUNDAI MOTOR AMERICA, a
    California corporation, and HYUNDAI
24  MOTOR COMPANY, a foreign
    corporation,
25

26              Defendants.

27

28

Plaintiffs Julia Reniger, Greg Battaglia, Oren Jaffe, Lucia Saitta and Ann Mancuso, and Defendants Hyundai Motor America and Hyundai Motor Company, hereby submit this Joint Stipulation Continuing Case Management Conference.

WHEREAS the Case Management Conference in this action is currently scheduled for August 28, 2015 at 10:00 A.M.;

WHEREAS the wife of Mark S. Greenstone, counsel for Plaintiffs, is expecting to deliver on September 1, 2015;

WHEREAS Mr. Greenstone desires not to travel outside Los Angeles until the child is born, and anticipates being out of the office due to the birth and the Rosh Hashanah holiday from approximately the end of August, 2015 through September 15, 2015;

IT IS HEREBY STIPULATED AND AGREED THAT:

The Case Management Conference currently set for August 28, 2015 at 10:00 A.M. shall be rescheduled for September 25, 2015 at 10:00 A.M. or a later date to be set by the Court.  The parties will submit an updated Case Management Statement five (5) court days prior to the conference.

Dated:  July 15, 2015                    GLANCY PRONGAY & MURRAY LLP


                                         By:  *s/ Mark S. Greenstone*
                                         Lionel Z. Glancy
                                         Mark S. Greenstone
                                         1925 Century Park East, Suite 2100
                                         Los Angeles, California 90067
                                         Telephone: (310) 201-9150
                                         Facsimile:  (310) 201-9160
                                         E-mail: mgreenstone@glancylaw.com

                                         *Attorneys for Plaintiffs*

311434.1 HYUNDAISANTAFE

1

2   Dated:  July 15, 2015                    LEWIS BRISBOIS BISGAARD &SMITH LLP

3

4                                           By:  *s/ Eric Y. Kizirian*
                                            Eric Y. Kizirian (#210584)
5                                           E-mail: eric.kizirian@lewisbrisbois.com
                                            Michael K. Grimaldi (#280939)
6                                           E-mail: michael.grimaldi@lewisbrisbois.com
                                            633 W. 5th Street, Suite 4000
7                                           Los Angeles, California 90012
                                            Telephone: (213) 250-1800
8                                           Facsimile:  (213) 250-7900

9
                                            *Attorneys for Defendant Hyundai Motor America*
10                                          *and Hyundai Motor Company*

11

12                    **General Order 45, Section X Certification**

13          The filing attorney hereby certifies that concurrence in the filing of the document has

14   been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section

15   X(B).

16

17

18

19

20

21

22

23

24

25

26

27

28

311434.1 HYUNDAISANTAFE

\*       \*       \*

[PROPOSED] ORDER

Having reviewed the parties' Joint Stipulation to Continue Case Management Conference, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference currently scheduled for August 28, 2015 at 10:00 a.m. is taken off calendar and continued to _____ September 25 ___, 2015 at _10:00 a.m._.

Dated: _____ 07/17 _____, 2015                    _____
                                                        The Honorable Samuel Conti
                                                        United States District Judge

311434.1 HYUNDAISANTAFE