IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JULIA RENIGER, et al.,            No. C 14-3612 CW

    Plaintiffs,                 ORDER FOR STATUS REPORT

  v.

HYUNDAI MOTOR AMERICA, et al.,

    Defendants.
_____/

On May 20, 2016, the parties notified the Court that they planned to file a motion for preliminary approval on or before June 10, 2016. That date has passed.

If the parties do not file the motion within one week of this order, they shall file a status report updating the Court within that time.

IT IS SO ORDERED.

Dated: June 14, 2016

CLAUDIA WILKEN
United States District Judge