# EXHIBIT M

# Garden Grove Hyundai

9898 Trask Avenue
Garden Grove, CA 92844
(714) 741-3100
www.gghyundai.com

**SERVICE DEPARTMENT HOURS**
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. - 4:00 p.m. Saturday

| R/O Open Date | R/O Number |
|---|---|
| 8/14/14 | 6090621/1 |
| R/O Close Date | Status |
| 8/14/14 | Pre-Invoice |
| Mileage In | Mileage Out |
| 22989 | 22989 |

Service Advisor / Tag #: ROBERT MCCOOL / 211

ARD00255045
SAITTA, LUCIA

Vehicle Identification Number: 5XYZK4AG3CG118384

| Year | Make | Model | Body | Color | License Number |
|---|---|---|---|---|---|
| 2012 | HYUNDAI | SANTA FE V6 L | FWD V6 LTD NAV MO | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 714-343-5779  Email: calzonelucia@yahoo.com | |
| | |
| #1 - Customer Reports: | |
| CUSTOMER STATES PERFORM SERVICE CAMPAIGN 929 | |
| CHECK AND ADVISE | |
| Caused by | |
| TECH FOUND OPEN CAMPAIGN FOR IDEL IMPROVEMENT | |
| # 929 IDEL IMPROVMENT (TSB 14-01-028) | |
| Corrected by | |
| Work performed by ALEX RIOS         (241) | Warranty |
| COMPLETED CAMPAIGN OK AFTER REPAIR | |
| | |
| #2 - Customer Reports: | |
| CUSTOMER STATES THERE IS A WHINEING GROWLING FROM | |
| THE ENGINE ON LIGHT ACCELERATION, CHECK AND ADVISE | |
| Caused by | |
| TECHNICIAN TRACED NOISE COMING FROM ENGINE ILDER | |
| PULLY, EXCESSIVE PLAY CAUSING ABNORMAL NOISE | |
| Corrected by (N29) (C11) IDLER PULLEY RE | |
| Work performed by ALEX RIOS         (241) | Warranty |
| Installed 25286-3C250 :PULLEY-IDLER    Qty: 1 | Warranty |
| REMOVE AND REPLACED ILDER PULLY, OK AFTER REPAIR | |
| | |
| #3 - MPI: MULTI-POINT INSPECTION INSPECT LIGHTS,LENSES UNDER | |
|      HOOD, CABIN & AIR FILTERS, FOR FLUID LEAKS,BELTS,BR | |
|      AKES, BATTERY, TIRE PRESSURES,TOP OFF UNDER HOOD | |
|      FLUIDS, RF___LF___RR___LR___ | |
| Work performed by ALEX RIOS         (241) | |
| MPI COMPLETE | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transporter. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| LABOR | |
|---|---|
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.

X