# EXHIBIT N

**HYUNDAI** (714) 741-5100
www.gghyundai.com

SERVICE DEPARTMENT HOURS
7:30 a.m. to 6:00 p.m.
Monday - Friday
8:00 a.m. - 4:00 p.m.-Saturday

| | |
|---|---|
| R/O Open Date | R/O Number |
| 9/22/14 | 6093501/1 |
| R/O Close Date | Status |
| 9/22/14 | Final |
| Mileage In | Mileage Out |
| 25613 | 25613 |

Service Advisor / Tag #
Joseph Ramirez/686*W*

ARD00255045
SAITTA, LUCIA

| Work Phone | Vehicle Identification Number |
|---|---|
| | 5XYZK4AG3CG118384 |
| Home Phone | Delivery Date | In-Service Date |

| Color | License Number |
|---|---|

| Year | Make | Model | Body | | |
|---|---|---|---|---|---|
| 2012 | HYUNDAI | SANTA FE V6 L | FWD V6 LTD NAV MO | | |

| DESCRIPTION OF SERVICE AND PARTS | AMOUNT |
|---|---|
| Cell: 714-343-5779  Email: calzonelucia@yahoo.com | |
| | |
| #1 - Customer Reports: | |
| CUSTOMER STATES VEHICLE HAS STALLED A COUPLE TIMES | |
| WHEN DRIVING AT LOW SPEED/VEHICLE WILL BE COMPLET | |
| ELY OFF CHECK AND ADVICE | |
| Caused by | |
| CUSTOMER STATED VEHICLE STALLED | |
| FOUND NO DTC AND NO TSB | |
| Corrected by COMPUTER ASSEMBLY ADD GDS Operation | |
| Work performed by PUOC DUC PHAM        (289) | Warranty |
| ECM BCM RESET  AND VEHICLE OK AT THIS TIME | |
| #2 - 2495: **COUPON SPECIAL** LUBE/OIL/FILTER CHANGECHECK & | |
| TOP OFF ALL LEVELS, CHECK AND ADJUSTTIRE PRESSURES | |
| AS REQUIRED, PERFORM MULTI-POINTINSPECTION AND | |
| COMPLIMENTARY CAR WASH | 10.00 |
| Work performed by PUOC DUC PHAM        (289) | 17.95 |
| Kit: LOFS12: LOF SPECIAL | Included |
| Installed 21513-23001 :GASKET-ENGINE OIL PLUG | Included |
| Installed 26320-3CAA0 :SERVICE KIT-OIL FILTER(3) | Included |
| Installed OIL 2 :CHEVRON SUPREME MO 5W-30 | 1.50 |
| Hazardous Materials Charge | |
| PERFORMED OIL CHANGE | |
| Sub Total: 29.45 | |
| #3 - MPI: MULTI-POINT INSPECTION INSPECT  LIGHTS,LENSESUNDER | |
| HOOD, CABIN & AIR FILTERS, FOR FLUIDLEAKS,BELTS,BR | |
| AKES, BATTERY, TIRE PRESSURES,TOP OFF UNDER HOOD | |

TERMS: STRICTLY CASH UNLESS ARRANGEMENTS ARE MADE. "I hereby authorize the repair work hereinafter to be done along with the necessary material and agree that you are not responsible for loss or damage to vehicle or articles left in the vehicle in case of fire, theft, or any other cause beyond your control or for any delays caused by unavailability of parts or delays in parts shipments by the supplier or transportor. I hereby grant you or your employees permission to operate the vehicle herein described on streets, highways, or elsewhere for the purpose of testing and/or inspection. An express mechanic's lien is hereby acknowledged on above vehicle to secure the amount of repairs thereto."

DISCLAIMER OF WARRANTIES. Any warranties on the products sold hereby are those made by the manufacturer. The seller hereby expressly disclaims all warranties either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and the seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. Any limitation contained herein does not apply where prohibited by law.

| | |
|---|---|
| LABOR | |
| PARTS | |
| DEDUCTIBLE | |
| SUBLET | |
| SHOP SUPPLIES | |
| HAZARDOUS MATERIALS | |
| SALES TAX OR TAX I.D. | |
| SPECIAL ORDER DEPOSIT | |
| DISCOUNTS | |
| TOTAL DUE | |

NO RETURN ON ELECTRICAL OR SAFETY ITEMS OR SPECIAL ORDERS.