# EXHIBIT O



# Lia HYUNDAI
LIACARS.COM

945 Central Avenue • Albany, NY 12205
(518) 458-2277 • Fax: (518) 458-2530

**SALES • SERVICE • PARTS**          **BODY SHOP • LEASING • RENTAL**

| CUSTOMER NO. | 94213 | WRITER | CHAD RICHARDSON | 74429 | 5295 | INVOICE DATE 09/10/14 | INVOICE NO. HYCS326414 |
|---|---|---|---|---|---|---|---|
| ANN MANCUSO | | LABOR RATE | AE0124 | | 52,021 | COLOR BLACK/ | |
| | | YEAR/MAKE/MODEL | 10/HYUNDAI/SANTA FE/4DR AWD SE V6 AT | | | DATE 04/27/10 | DELIVERY MILES |
| | | VEHICLE ID NO. | 5NMSHDAG2AH343091 | | | | |
| RESIDENCE PHONE | | BUSINESS PHONE | COMMENTS | | | R.O. DATE 09/10/14 | |

MO: 52021

**LABOR & PARTS**

J# 1  56HYZ   CHECK ENGINE LIGHT   TECH(S): 90430   WARRANTY
CLIENT REPORTS CHECK ENGINE LIGHT IS ON, PLEASE CHECK AND
ADVISE.
TECH CHECKED AND FOUND CODE P0300 RANDOM MISFIRE STORED
VEHICLE RUNNING NORMALLY WHEN SCANNED FOUND REFLASH
324 ECM UPDATE AS PER TSB 14-01-028
TECH PERFORMED ECM UPDATE 14-01-028 AND REFLASHED ECM
ROADTESTED 42 MILE AND NO CODES RETURNS NOW OK.
40CG02R0.3 ATT.3

JOB # 1 TOTAL LABOR & PARTS     0.00

**ESTIMATE**
CUSTOMER HEREBY ACKNOWLEDGES RECEIVING
ORIGINAL ESTIMATE OF   $99.00 (+TAX)
**COMMENTS**
WAIT

**TOTALS**

THANK YOU FOR ALLOWING US TO BE YOUR SERVICING DEALER.
OUR GOAL IS TO PROVIDE YOU WITH EXCELLENT SERVICE.
IN THE NEXT FEW WEEKS, YOU MAY RECEIVE A SURVEY FROM
HYUNDAI MOTOR AMERICA ASKING HOW WE DID.
IF FOR ANY REASON WE DID NOT MEET YOUR EXPECTATIONS
PLEASE FEEL FREE TO CONTACT ME
JIM MAGUIRE, SERVICE MANAGER AT (518)458-2277 EXT.221
AGAIN THANK YOU FOR CHOOSING THE LIA AUTO GROUP.

TOTAL LABOR....    0.00
TOTAL PARTS....    0.00
TOTAL SUBLET...    0.00
TOTAL G.O.G....    0.00
TOTAL MISC CHG.    0.00
TOTAL MISC DISC    0.00
TOTAL TAX......    0.00

**TOTAL INVOICE $   0.00**

PAY METHODS
CHARGE   CREDIT CARD   CASH   CHECK
CUSTOMER CONTACTED AT TIME.   DATE.

CUSTOMER SIGNATURE

ALL BODY PARTS ARE NEW ORIGINAL EQUIPMENT FOR THE VEHICLE UNLESS OTHERWISE STATED IN WRITING. ALL PARTS INSTALLED ARE NEW UNLESS SPECIFIED OTHERWISE.

DMV REG. NO. 7086497

Dealer guarantees the labor performed in this repair shop has been competently performed, and that any defect which occurs will be corrected without charge by this repair shop for a period of 90 days or 4,000 miles from the date of the repair, whichever first occurs.

This part(s) is sold "as is". The only warranties applying to this part(s) are those which may be offered by the manufacturer(s). The selling dealer hereby expressly disclaims all warranties, either express or implied, including any implied warranties of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of this part(s) and/or service. Buyer shall not be entitled to recover from the selling dealer any consequential damages, damages to property, damages for loss of use, loss of time, loss of profits, or income, or any other incidental damages. In addition, expressly excluded is any dealer liability for defects pertaining to safety or performance, by way of "strict liability", negligence or otherwise.