GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs*

LEWIS BRISBOIS BISGAARD & SMITH LLP
Eric Y. Kizirian (#210584)
E-mail: eric.kizirian@lewisbrisbois.com
Michael K. Grimaldi (#280939)
E-mail: michael.grimaldi@lewisbrisbois.com
633 W. 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

*Attorneys for Defendants Hyundai Motor America and Hyundai Motor Company*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA RENIGER, GREG BATTAGLIA, LUCIA SAITTA and ANN MANCUSO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation, and HYUNDAI MOTOR COMPANY, a foreign corporation,<br><br>Defendants. | Case No. 4:14-cv-03612-CW<br><br>Hon. Claudia Wilken<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR PLAINTIFFS TO FILE MOTION IN SUPPORT OF FINAL APPROVAL OF SETTLEMENT AND CLASS COUNSEL'S FEE APPLICATION BY THREE DAYS TO JANUARY 12, 2017** |

1  Plaintiffs Julia Reniger, Greg Battaglia, Lucia Saitta and Ann Mancuso ("Plaintiffs"),
2  and defendants Hyundai Motor America and Hyundai Motor Company ("Defendants"), hereby
3  stipulate and agree as follows:

4  WHEREAS, on August 8, 2016 the Court issued its Order Preliminarily Approving
5  Class Action Settlement, Provisionally Certifying a Settlement Class for Settlement Purposes,
6  
7  Appointing Class Counsel, Directing the Issuance of Notice to the Class, and Scheduling a
8  Fairness Hearing [ECF 82] (the "Order");

9  WHEREAS, the Order set a date of January 9, 2017 for Plaintiffs to file their motion in
10 
11 support of final approval of the Settlement and Class Counsel's fee application;

12 WHEREAS, the Order set a Fairness Hearing for February 28, 2017 at 2:30 p.m., which
13 was subsequently rescheduled for March 21, 2017 at 2:30 p.m. per the Court's request [ECF
14 84];

15 WHEREAS, Plaintiffs require a brief three day extension of time to file their motion in
16 
17 support of final approval of the Settlement and Class Counsel's fee application due to
18 scheduling issues caused by the press of the holidays.  This extension is also necessary because
19 one of Plaintiffs' counsel with shared responsibility for drafting the necessary papers, Marc L.
20 Godino, will be out of state through January 6, 2017; and

21 WHEREAS, given that the Fairness Hearing is scheduled for March 21, 2017, the brief
22 
23 three day extension of time stipulated to herein is in the interests of justice and will not cause
24 any prejudice.

25
26
27
28

STIPULATION AND [PROPOSED] ORDER
Case No.  4:14-cv-03612-CW
- 1 -

349654.1 HYUNDAI

1   IT IS HEREBY STIPULATED AND AGREED that the Court may issue an order that
2   extends the deadline for Plaintiffs to file their motion in support of final approval of the
3   Settlement and Class Counsel's fee application from **January 9, 2017** to **January 12, 2017**.

Dated:  December 30, 2016            GLANCY PRONGAY & MURRAY LLP


                                     By:  *s/ Mark S. Greenstone*
                                     Lionel Z. Glancy
                                     Mark S. Greenstone
                                     1925 Century Park East, Suite 2100
                                     Los Angeles, California 90067
                                     Telephone: (310) 201-9150
                                     Facsimile:  (310) 201-9160
                                     E-mail: mgreenstone@glancylaw.com

                                     *Attorneys for Plaintiffs*


Dated:  December 30, 2016            LEWIS BRISBOIS BISGAARD &SMITH LLP


                                     By:  *s/ Eric Y. Kizirian*
                                     Eric Y. Kizirian (#210584)
                                     E-mail: eric.kizirian@lewisbrisbois.com
                                     Michael K. Grimaldi (#280939)
                                     E-mail: michael.grimaldi@lewisbrisbois.com
                                     633 W. 5th Street, Suite 4000
                                     Los Angeles, California 90012
                                     Telephone: (213) 250-1800
                                     Facsimile:  (213) 250-7900

                                     *Attorneys for Defendant Hyundai Motor America and Hyundai Motor Company*

**General Order 45, Section X Certification**

The filing attorney hereby certifies that concurrence in the filing of the document has been obtained from each signatory, in accordance with N.D. Cal. Gen. Order 45, Section X(B).

\* \* \*

[PROPOSED] ORDER

Having reviewed the parties' Stipulation and [Proposed] Order to Continue Date for Plaintiffs to File Motion In Support of Final Approval of Settlement and Class Counsel's Fee Application to January 12, 2017, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The deadline for Plaintiffs to file their motion in support of final approval of the Settlement and Class Counsel's fee application is hereby extended from **January 9, 2017** to *January 12, 2017*.

Dated: __December 30__, 2016                          _____
                                                       The Honorable Claudia Ann Wilken
                                                       United States District Judge