# **EXHIBIT A**

**RENIGER v. HYUNDAI MOTOR AMERICA**
Exclusion from Class Action List

| NO. | NAME | ADDRESS | VIN NUMBER |
|---|---|---|---|
| 1. | James A. Miller | 2880 Locust Circle<br>Indianapolis, IN 46227 | 5NMSKDAG1AH355041 |
| 2. | Edgar D. Little | 4460 Fay Blvd.<br>Port St. John, Cocoa FL 32927 | 5XYZHDAG7BG010220 |
| 3. | Thomas H. Craft | 42855 Highway 31<br>Brewton, AL 36426 | |
| 4. | Betty J. Tewell-Parr | 10662 Mountain Village Dr.<br>Mountainburg, AR 72946 | |
| 5. | Michael Wolf | Trlr 62<br>1401 11th Ave.<br>Union Grove, WI 53182-1347 | |
| 6. | Carl D. Robbins | 115 N. 3405 E.<br>Rigby, ID 83442 | 5XYZGDAG5BG016813 |
| 7. | Tate Sloan Sturgeon | 7810 14th Street SE<br>Lake Stevens, Washington 98258 | 5XYZHDAG5DBG005145 |
| 8. | Paul Scherner | 2101 Concord Ct.<br>Dubuque, IA 52003 | |
| 9. | Mary Tylenda | 115 Fairview Drive<br>Camp Hill, PA 17011 | 5NMSKDAG3AH383536 |
| 10. | Eugene L. Herold | 1702 E. Parkway Dr.<br>Piqua, Ohio 45356-4428 | |
| 11. | Michael E. Stillion | 4192 Hearthstone Dr.<br>Sarasota, FL 34238 | 5XYZKDAG9BG084823 |
| 12. | Bill and Willa Currie | 3355 Sunny Brook Trail<br>Spring Hill, FF 34604 | 5NMSH4AG5AH361620 |
| 13. | David Smith | 9898 Country Oaks Dr.<br>Fort Myers, FL 33967 | 5XYZK4AG1CG109246 |
| 14. | Joseph D. and Judy A. Heeney | 4916 Cypress Ct.<br>Oak Forest, IL 60452 | 5XYZHDAG5CG097391 |
| 15. | John Saviano | 37 Oak Ridge Dr.<br>Putnam Valley, NY 10579 | 5XYZKDAG5CG140662 |
| 16. | Linda J. Groven | 8450 Mohawk Road<br>Colorado Springs, CO 80908 | 5NMSHDAG5AH394732 |
| 17. | John R. Johnson II | 5554 Swaffer Rd.<br>Millington, MI 48746 | 5NMSH4AG7AH367130 /<br>5XYZHDAG1CG098182 |
| 18. | Ronald Rivard | 16 Boyle Ct., #A<br>Fitchbury, MA 01420 | 5XYZHDAG8BG066988 |
| 19. | Anthony J. Schrick | 4701 Sayle St., Apt. 152<br>Greenville, TX 75401-5572 | 5XYZH4AG6BG042432 |
| 20. | Seferino Crollett | 2320 Don Onofre Trl NW<br>Albuquerque, NM 87107 | 5XYZK4AG2BG010658 |

**RENIGER v. HYUNDAI MOTOR AMERICA**
Exclusion from Class Action List

| NO. | NAME | ADDRESS | VIN NUMBER |
|---|---|---|---|
| 21. | Louella L. Meister | 3126 Knoll Ln. NW<br>Rochester, MN 55901-1417 | 5XYZH4AG0BG076527 |
| 22. | Larry D. and Barbara R. Kincade | 1089 W. Walnut St.<br>Kankakee, IL 60901 | 5XYZK4AGHBG025677 |
| 23. | Paula Zdan | P.O. Box 33<br>Cisne, IL 62823-0033 | |
| 24. | Cheryl L. Frantz | 401 Butts Ave., Apt. 4B<br>Tomah, WI 54660 | 5XYZHDAG6CG099358 |
| 25. | John M. Spurgeon | 2319 Orchard Lane<br>Lawrence, KS 66049 | 5XYZH4AG5CG152406 |
| 26. | Nancy E. Meacham | 8309 Norman Creek Trl.<br>Bloomington, MN 55437-3835 | 5XYZHDAG2BG006205 |
| 27. | Laura R. Fayfar | 928 Wilshire Avenue<br>Elk Grove Village, IL 60007 | |
| 28. | James T. Lubelski | 69205 Garver Lake Rd., Lot #111<br>Edwardsburg, MI 49112-9487 | 5XYZH4AG8CG106388 |
| 29. | Michael E. Penp | 8834 Buchannan Trail W.<br>Mecersburg, PA 17236 | 5XYZKDAG7CG131445 |
| 30. | John Williams | 1302 Taylor Ave.<br>Crystal City, MO 630196 | 5XYZKDAG8BG022068 |
| 31. | Joseph R. Wojtyna | 8632 Langport Dr.<br>Springfield, VA 22152-3209 | 5XYZKDAGXBG060997 |
| 32. | Donald L. Brokaw | 1212 Dixie Avenue<br>Holly Hill, FL 32117 | 5XYZH4AG2CG162570 |
| 33. | William F. Walters | 31 Cayuga Rd.<br>Canandaigua, NY 14424 | 5NMSH73E58H203091 |
| 34. | Marilyn Hernandez | 17936 Middle Point Rd.<br>Van Wert, OH 45891-9773 | |
| 35. | Allen Vandel | 2800 W. Vincent St.<br>Springfield, MO 65810 | 5XYZHDAG5BG028456 |
| 36. | Carolyn K. Johnson | 20653 Meadowthrash Court<br>Ashburn, Virginia 20147 | 5XYZKDAG6CG112465 |
| 37. | Mary L. Ashley | 3325 Tampa Street<br>Houston, TX 77021 | 5NMSK4AG1AH342829 |
| 38. | Rodney E. Spence | 5311 69th Street<br>Urbandale, IA 50322 | 5XYZK4AG3CG120099 |
| 39. | Marilyn J. Smith | 127 Belmont Ave.<br>Watseka, IL 60970 | |
| 40. | Diana B. Delp | 2221 Brittany Ln.<br>Powhatan, VA 23139-6028 | 5XYZHDAG7BG038888 |
| 41. | Jeff E. Andrews | 31156 180 Street<br>Pickering, MO 64476 | 5XYZKDAG1BG067014 |

**RENIGER v. HYUNDAI MOTOR AMERICA**
Exclusion from Class Action List

| NO. | NAME | ADDRESS | VIN NUMBER |
|---|---|---|---|
| 42. | Randy Sargent | 5916 Norton Circle<br>Flowery Branch, GA 30542 | 5XYZK4AG2CG120868 |
| 43. | Matthew DellaPeruta | 9641 Carnoustie Place<br>Bradenton, FL 34211-2405 | 5XYZK4AG2BG051985 |
| 44. | Walter A. and Karlamae Grisham | 304 Westlane Circle<br>Waco, TX 76712 | 5XYZH4AG5CG104937 |
| 45. | Cheryl Kornacivich | 15 Marc Dr.<br>Dayton, NJ 08810 | 5XYZHDAG0BG064989 |
| 46. | Jane C. Conaway | 875 N. Cowboy Canyon<br>Green Valley, AZ 85614 | 5XYZH4AG3BG065571 |
| 47. | Max and Debra Schmiege | N53 W16700 Whitetail Run<br>Menomonee Falls, WI 53051 | 5XYZK4AGXBG086029 |
| 48. | John R. Lystash | 1107B Little High Street<br>Charlottesville, VA 22902 | |
| 49. | Arnold L. Dartez | 908 Henning Road<br>Sulpur, LA 70665 | |
| 50. | Bryan E. and Patricia M. McClain | 8500 Stonewall Dr.<br>Vienna, VA 22180-6860 | 5XYZH4AG0CG124979 |
| 51. | William Meadows | 243 Cardinal Hts.<br>Dadeville, AL 36853-5829 | 5XYZK4AG1CG138746 |
| 52. | Daniel J. Meszler | 906 Hamburg Drive<br>Abingdon, Maryland 21009 | 5XYZG4AG3BG058915 |
| 53. | Paul J. Cubarney | 130 Lowery Dr.<br>Valencia, PA 16059 | 5XYZKDAGXBG050311 |
| 54. | William F. Hartman & Lucinda R. Knepp-Hartman | 2101 Chatham Way<br>Harrisburg, PA 17110 | 5XYZKDAG4BG051924 |
| 55. | Dolores Draina | 22 Outlet Road<br>Ballston Lake, NY 12019 | 5XYZKDAG5BG066349 |
| 56. | Genece Felty | 1735 County Road 354,<br>Millerville, MO 63766 | |
| 57. | Rosalynn B. Capor | 601 Crosshill Road<br>Royersford, PA 19468 | |
| 58. | Amanda Rose | 2552 W. 82nd Ln., Unit D<br>Westminster, CO 80031 | |
| 59. | Kelly S. Gosnell | 128 Carriage Lane<br>Midway, KY 40347-9781 | |
| 60. | Mae MacIntire | 61 East Henderson Road<br>Columbus, OH 43214 | 5XYZG4AG6CG155737 |
| 61. | Carol Eaton | 8453 S. Newcombe Way<br>Littleton, CO 80127 | |
| 62. | Joseph Szabados | 8905 Spring Valley Dr.<br>Mentor, OH 44060 | |

**RENIGER v. HYUNDAI MOTOR AMERICA**
Exclusion from Class Action List

| NO. | NAME | ADDRESS | VIN NUMBER |
|---|---|---|---|
| 63. | Maria E. Soto | 9507 Loma Drive<br>Bristow, VA 20136 | |
| 64. | Robert L. Campbell | 1004 Danbury Lane SE<br>Decatur, AL 35601-3481 | |
| 65. | Diana D. Howell | 9187 Robinhood Circle<br>Westerville, OH 43082-9666 | |
| 66. | Annette Roberts | 88 Wallace Road<br>Sturbridge, MA 01566 | |
| 67. | Phillip M. Adams | 6007 101st Place NE<br>Marysville, WA 98270-2095 | |
| 68. | Debra R. Vahrenwald | 13575 S.W. Salal Ct.<br>Beaverton, OR 97008 | |
| 69. | Thomas Lane | 517 Buena Vista Dr.<br>Georgetown, TX 78633 | |
| 70. | Zoe P. Allen | 14219 Lewisdale Rd.<br>Clarksburg, MD 20871 | |
| 71. | Marilou E. Lindsay and Anthony T. Lindsay | 2670 Blackman Road<br>Geneva, Il 60134 | |
| 72. | Bonnie A. Matchey | 36 Cottage Drive<br>Fairhope, AL 36532 | |
| 73. | Javin and Michelle Bedard | 609 4th Ave. NE<br>East Grand Forks, MN 56721 | |
| 74. | Julie Harris | 4420 Collwood Lane<br>San Diego, CA 92115 | 5XYZH4AG1CG131066 |
| 75. | Keith and Beverly Randall | 653 S. Melrose Street<br>Anaheim, CA 92805 | |
| 76. | Adalia Joy Jennings | 4881 Winter Haven Way<br>Roseville, CA 95747 | |
| 77. | Bonnie Troxel | 816 Valley View Cir.<br>Brentwood, TN 37027-4897 | |
| 78. | Elizabeth A. Marsh | 430 McKell Road<br>Chillicothe, Ohio 45601-1536 | |
| 79. | Kenneth Patrick | 21025 Odom Rd.<br>Citronelle, Alabama 36522 | |
| 80. | Marcia Stauffer | 71 E. Lilly Pond Lane<br>Shelton, WA 98584 | |