GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Marc L. Godino (#182689)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: info@glancylaw.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA RENIGER, GREG BATTAGLIA, LUCIA SAITTA and ANN MANCUSO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation, and HYUNDAI MOTOR COMPANY, a foreign corporation,<br><br>Defendants. | Case No. 4:14-cv-03612-CW<br><br>Hon. Claudia Wilken<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR AWARD OF ATTORNEYS' FEES, COSTS, EXPENSES, AND SERVICE AWARDS TO CLASS REPRESENTATIVES** |

The Court, having reviewed Julia Reniger, Greg Battaglia, Lucia Saitta and Ann Mancuso's ("Plaintiffs") Motion for Award of Attorneys' Fees, Costs, Expenses, and Service Awards to Class Representatives, the pleadings and other papers on file in this action, and the statements of counsel and the parties, hereby finds that Plaintiffs' motion is GRANTED.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Court, for purposes of this Order, adopts the terms and definitions set forth in the Class Action Settlement Agreement filed with this Court on June 21, 2016 ("Settlement Agreement") [ECF #72].

2. The Court finds that Class Counsel, Glancy Prongay & Murray LLP ("GPM"), incurred $33,661.73 in reasonable costs and expenses in prosecuting this litigation as of the date they filed their Motion for Award of Attorneys' Fees, Costs, Expenses, and Service Awards to Class Representatives. The Court finds that these costs and expenses were reasonably incurred in the ordinary course of prosecuting this case and were necessary given the complex nature and scope of the case. Accordingly, the Court approves a payment to GPM in the amount of their total costs and expenses incurred to reimburse them for such costs and expenses.

3. The Court has confirmed the reasonableness of Plaintiffs' fee request by conducting a lodestar cross-check. The Court finds that Plaintiffs' reasonable lodestar as of the date they filed their Motion for Award of Attorneys' Fees, Costs, Expenses, and Service Awards to Class Representatives was $736,225.25. Accordingly, Plaintiff's requested fee award of $711,338.27 ($745,000 minus $33,661.73 in expenses) represents a negative multiplier of 0.96 based on GPM's current hourly rates. This multiplier is within the range of multipliers awarded in similar complex, class action cases and is well-justified here, given the

novelty and difficulty of this litigation, counsel's skillful handling of the difficult factual and legal issues presented, the significant contingent risks in this case, and the quality of the result achieved.

4. The Court further approves an incentive award of $2,500 to each of the five class representatives. The incentive award is justified by: (1) the risk to the class representative in commencing suit, both financial and otherwise; (2) the amount of time and effort spent by the class representative in this case; and (3) the duration of the litigation.

5. The attorneys' fees, costs and incentive awards set forth in this Order shall be paid by Defendants in accordance with the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: March 28, 2017

_____
THE HONORABLE CLAUDIA ANN WILKEN
UNITED STATES DISTRICT JUDGE

**Exhibit A** – List of Persons Who Requested Exclusion