UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA RENIGER, GREG BATTAGLIA, OREN JAFFE, LUCIA SAITTA and ANN MANCUSO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>HYUNDAI MOTOR AMERICA, a California corporation, and HYUNDAI MOTOR COMPANY, a foreign corporation,<br><br>　　　　Defendants. | Case No.  14-3612 CW<br><br>JUDGMENT |

　　　Pursuant to the parties' Class Action Settlement Agreement and Release approved by this Court, final judgment is hereby entered on the Order Granting Final Approval Of Class Action Settlement, and this class action is hereby dismissed with prejudice.  The Court retains jurisdiction for the purposes set forth in the Order Granting Final Approval of Class Action Settlement.

　　　The Clerk of the Court shall close the file.

　　　IT IS SO ORDERED.

Dated:  March 28, 2017

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　United States District Judge